

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 7.00

APPEAL?  ☐ Yes  ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Baruch C. Cohen, Esq.    Attorney Bar# 159455

Law Firm: Law Office of Baruch C. Cohen, APLC

Mailing Address: 4929 Wilshire Boulevard, Suite 940 Los Angeles, CA 90010

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): Baruch C. Cohen

Telephone: (323) 937-4501    E-mail: bcc@baruchcohenesq.com

Bankruptcy Case #: 8:19-bk-12480-TA    Adversary Proceeding #/MP #: 8:19-ap-01202-TA

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 1/16/2020    Time: 10:00am

Debtor: Guy Griffithe

Adversary Proceeding Name: Wick    vs. Guy Griffithe

Hearing Judge: S. Clarkson    Courtroom #: SA 5C

**TRANSCRIBER:** Briggs Reporting    **ALTERNATE:** Ben Hyatt

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**    **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)    ☐ 3 Days    ☒ Entire Hearing
☒ 14 Days    ☐ Daily (24 hours)    ☐ Ruling/Opinion of Judge only
☐ 7 Days    ☐ Testimony of Witness _____
                                                 ☐ Other* _____ (name of witness)

*Special Instructions: provide transcripts for #6.1 & #7

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

## TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

(Tape #:____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

Court Recorder: _____ Division: _____ Processed by: _____

## **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*