| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Baruch C. Cohen, Esq. (SBN 159455)<br>**LAW OFFICE OF BARUCH C. COHEN**<br>       A Professional Law Corporation<br>4929 Wilshire Boulevard, Suite 940<br>Los Angeles, California 90010<br>(323) 937-4501         Fax (888) 316-6107<br>e-mail: baruchcohen@baruchcohenesq.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: *Defendant Guy Griffithe* | **FILED & ENTERED**<br><br>FEB 18 2020<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY deramus  DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION**

| In re:<br><br>GUY GRIFFITHE,<br><br>           Debtor<br>_____<br><br>GREGORY WICK,<br><br>           Plaintiff<br>vs.<br><br>GUY GRIFFITHE<br><br>           Defendant | CASE NO.: 8:19-bk-12480-TA<br>CHAPTER: 8:19-ap-01202-TA<br>ADV. PROC. NO.: 8:19-ap-01202-TA<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>         **[LBR 9075-1(b)]** |

**Movant** (*name*): BARUCH C. COHEN

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT GUY GRIFFITHE**

   b. *Date of filing of motion*: **2-13-2020**

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: **2-13-2020**

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                   Page 1                          F 9075-1.1.ORDER.SHORT.NOTICE

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

   (1) ☒ A hearing on the motion will take place as follows:

   | | |
   |---|---|
   | **Hearing date: February 27, 2020**<br>**Time:** 11:00 a.m.<br>**Courtroom:** 5B | **Place:**<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☒ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |

   (2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

   | | |
   |---|---|
   | (A) _Deadlines:_<br>Date: Feb. 18, 2020<br>Time: 5:00 | (B) _Persons/entities to be provided with telephonic notice:_<br><br>*Guy Griffithe as well as plaintiff and any known counsel in adversary proceeding*<br><br>☐ See attached page<br>(C) _Telephonic notice is also required upon_ the United States trustee |

   (3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

   (A) ☒ Personal Delivery   ☒ Overnight Mail   ☐ First class mail   ☒ Facsimile*   ☒ Email*

   | | |
   |---|---|
   | (B) _Deadlines:_<br>Date: same as above<br>Time: | (C) _Persons/entities to be served with written notice and a copy of this order:_<br><br>*Same as above*<br><br>☐ See attached page<br>(D) _Service is also required upon_:<br>  -- United States trustee *(electronic service is not permitted)*<br>  -- Judge's copy personally delivered to chambers<br>     (*see Court Manual for address*) |

   (4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked
   (A) ☒ Personal Delivery   ☒ Overnight Mail   ☐ First Class Mail   ☒ Facsimile*   ☒ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**

(B) *Deadlines:*

Date: same as above

Time:

(C) *Persons/entities to be served with motion, declarations, supporting documents:*

Same as above

☐ See attached page

(D) *Service is also required upon*:
-- United States trustee *(no electronic service permitted)*
-- Judge's copy personally delivered to chambers
   (*see Court Manual for address*)

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:    ☐ one of the methods checked    ☐ all of the methods checked

(A)  ☐ Personal Delivery    ☐ Overnight Mail    ☐ First Class Mail    ☐ Facsimile*    ☐ Email*

(B) *Deadlines:*

Date:

Time:

(C) *Persons/entities to be served with written opposition to the motion:*
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) *Service is also required upon*:
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers
   (*see Court Manual for address*)

(6) ☐ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:    ☐ one of the methods checked    ☐ all of the methods checked

(A)  ☐ Personal Delivery    ☐ Overnight Mail    ☐ First Class Mail    ☐ Facsimile*    ☐ Email*

(B) *Deadlines:*

Date:

Time:

(C) *Persons/entities to be served with written reply to opposition:*
-- All persons/entities who filed a written opposition

(D) *Service is also required upon*:
-- United States trustee (*electronic service is not permitted*)
-- Judge's Copy personally delivered to chambers
   (*see Court Manual for address*)

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 9075-1.1.ORDER.SHORT.NOTICE**

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☒ at least 2 days before the hearing.
>
> ☐ no later than:    Date:    Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: February 18, 2020

_(signature)_
Theodor C. Albert
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**