Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
   A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501      Fax (888) 316-6107
e-mail: baruchcohen@baruchcohenesq.com

*Attorney For Defendant Guy Griffithe*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>GUY GRIFFITHE,<br><br>    Debtor<br><hr>GREGORY WICK,<br><br>    Plaintiff<br><br>vs.<br><br>GUY GRIFFITHE<br><br>    Defendant | Case No. 8:19-bk-12480-TA<br><br>Adv. 8:19-ap-01202-TA<br><br>Before the Honorable Theodor Albert<br><br>Chapter 7<br><br>**DECLARATION OF BARUCH C. COHEN RE NOTICE OF ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE, RE: MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT GUY GRIFFITHE**<br><br>Date: 2-27-2020<br>Time: 11:00am<br>Courtroom: 5B<br>Place: 411 West Fourth Street, Santa Ana CA |

DATED:    February 19, 2020        LAW OFFICE OF BARUCH C. COHEN
                                             A Professional Law Corporation

                                             By   /S/ Baruch C. Cohen
                                               Baruch C. Cohen, Esq.
                                             *Attorney For Defendant Guy Griffithe*

2/19-3:17pm

## DECLARATION OF BARUCH C. COHEN

I, BARUCH C. COHEN, declare and state as follows:

1. The facts stated below are true and correct to the best of my personal knowledge and if called upon to testify to them, I could and would competently do so. I have reviewed my file, the court dockets for this Adversary Proceeding, and the Defendants's Petition, Schedules and Statement of Financial Affairs as well as all other documents filed in the Chapter 7 case and the Adversary case. I am familiar with all of their contents.

2. I am a member in good standing and eligible to practice before the following courts: California State Supreme Court; United States Court of Appeals - Ninth Circuit; Bankruptcy Appellate Panel; United States District Courts: Central District of California; Eastern District of California; Northern District of California; and Southern District of California.

3. I am the principal shareholder and President of The Law Office of Baruch C. Cohen, a Professional Law Corporation, located at 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

4. I represent Defendant Guy Griffithe.

5. This declaration is in support of **ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE, RE: MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT GUY GRIFFITHE**.

6. On 2-18-2020, this Court granted Defendant's *Order Granting Application and Setting Hearing on Shortened Notice, Re: Motion to Withdraw as Counsel of Record for Defendant Guy Griffithe* [Doc-19].

7. On 2-18-2020, this Court's ECF system was down for maintenance repairs, and I could not access this Court's Order. On 2-19-2020, at 9:00am, the ECF system was back up.

8. Pursuant this Court's Order, on 2-20-2020 at 3:00pm, I called Plaintiff Gregory Wick at 951-505-9888 and left him a message informing him of the hearing on my *Motion to Withdraw as Counsel of Record for Defendant Guy Griffithe* will take place on 2-27-2020 at 11:00am, in Courtroom 5B, and that any opposition (if any) can be made orally at the hearing. Mr. Wick's

2/19-3:17pm

-ii-

1 | pleading does not contain a fax number.

2 | 9. I served Mr. Wick with the *Order Granting Application and Setting Hearing on Shortened Notice, Re: Motion to Withdraw as Counsel of Record for Defendant Guy Griffithe* by email at gregwick99a@gmail.com, overnight mail, and personal delivery at 45159 Vine Cliff St Temecula, CA 92592.

6 | 10. Additionally, on 2-20-2020 at 2:05pm, I called Defendant Guy Griffithe at 949-424-9210 and informed him of same. Mr. Griffithe informed me that he does not have a fax number and acknowledged the call.

9 | 11. I served Mr. Griffithe with the *Order Granting Application and Setting Hearing on Shortened Notice, Re: Motion to Withdraw as Counsel of Record for Defendant Guy Griffithe* by email at guy@bridgegatepictures.com, overnight mail, and personal delivery at 30251 Golden Lantern #E405, Laguna Niguel, CA 92677.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed February 19, 2020, at Los Angeles, California.

By  /S/ *Baruch C. Cohen*

Baruch C. Cohen

2/19-3:17pm

-iii-



BARUCH COHEN <baruchcohen@baruchcohenesq.com>

## WICK VS GRIFFITHE - - 8:19-ap-01202-TA - ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE, RE: MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT GUY GRIFFITHE
1 message

**Baruch Cohen** <baruchcohen@baruchcohenesq.com>  Wed, Feb 19, 2020 at 9:06 AM
Reply-To: bcc@baruchcohenesq.com
To: gregwick99a@gmail.com, Guy Bridgegate Pictures <guy@bridgegatepictures.com>, BARUCH COHEN <baruchcohen@baruchcohenesq.com>

Mr. Wick & Mr. Griffithe:

Confirming my telephone message of yesterday to Mr. Wick at 3:00pm, and Mr. Griffithe at 2:05pm, enclosed please find the **ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE, RE: MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT GUY GRIFFITHE** [Doc-19] (attached) that is being served on you via email, overnight mail, and personal delivery.

The hearing on my *Motion to Withdraw as Counsel of Record for Defendant Guy Griffithe* [Doc-14] *(*attached*)* will take place on **2-27-2020 at 11:00am, in Courtroom 5B**, and any opposition (if any) can be made orally at the hearing.

Please confirm receipt of this email.

BCC

---
Baruch C. Cohen, Esq.
Law Office of Baruch C. Cohen, APLC
4929 Wilshire Boulevard, Suite 940
Los Angeles, CA 90010
Office (323) 937-4501 | Cell (323) 353-9535
Facsimile: (888) 316-6107
Email: baruchcohen@baruchcohenesq.com (mailto:bcc@baruchcohenesq.com), bcc4929@gmail.com (mailto:bcc4929@gmail.com)
www.BaruchCohenEsq.com (http://www.baruchcohenesq.com)
*Notice of Ex Parte Hearings Will Not Be Accepted by Email*

 (http://attorneysdefendingisrael.blogspot.com/)

American Trial Attorneys in Defense of Israel 

(https://www.linkedin.com/in/baruchcohen/) (https://mail.google.com/) |(https://twitter.com/CohenBaruch) |(https://www.facebook.com/baruch.cohen.37)



**2013, 2015, 2016, 2017, 2018, 2019, & 2020** *Super Lawyers® is a registered trademark of Thomson Reuters*

This e-mail is covered by the Electronic Communications Privacy Act 18 U.S.C. 2510-2521 and is legally privileged. It is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and destroy this communication.

**2 attachments**

 (?ui=2&ik=3b6bf1d349&view=att&th=1705e6a8f2306e8c&attid=0.1&disp=attd&realattid=f_k6shuxiy0&safe=1&zw) **2020-02-13_GriffitheWick_filed_MotionToWithdrawAsCounsel.pdf**
197K

 (?ui=2&ik=3b6bf1d349&view=att&th=1705e6a8f2306e8c&attid=0.2&disp=attd&realattid=f_k6tkj3781&safe=1&zw) **Order Granting Application And Setting Hearing On Shortened Notice Re Motion To Withdraw As Counsel Of Record.pdf**
518K

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled: **DECLARATION OF BARUCH C. COHEN RE NOTICE OF ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE, RE: MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT GUY GRIFFITHE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/19/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Thomas H Casey (TR)         msilva@tomcaseylaw.com, thc@trustesolutions.net
United States Trustee (SA)  ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On 2/19/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**By email, overnight mail, and personal delivery to**
Gregory Wick, 45159 Vine Cliff St, Temecula, CA 92592, gregwick99a@gmail.com
Greg Griffithe, 30251 Golden Lantern #E405, Laguna Niguel, CA 92677, guy@bridgegatepictures.com

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 2/19/2020,, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Theodor C. Albert, 411 West Fourth Street, Suite 5085, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/19/2020 | Baruch C. Cohen, Esq. | */s/ Baruch C. Cohen* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          **F 9013-3.1.PROOF.SERVICE**