United States Bankruptcy Court
Central District of California

Wick,
      Plaintiff

Adv. Proc. No. 19-01202-TA

Guy Griffithe,
      Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 1     Date Rcvd: Feb 18, 2020
                         Form ID: pdf031     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2020.
pla          +Gregory Wick,   45159 Vine Cliff St,   Temecula, CA 92592-5515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft         Guy Griffithe
                                                                                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2020 at the address(es) listed below:
          Baruch C Cohen    on behalf of Defendant    Guy Griffithe bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
          Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net
          United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                          TOTAL: 3

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Baruch C. Cohen, Esq. (SBN 159455)<br>**LAW OFFICE OF BARUCH C. COHEN**<br>     A Professional Law Corporation<br>4929 Wilshire Boulevard, Suite 940<br>Los Angeles, California 90010<br>(323) 937-4501          Fax (888) 316-6107<br>e-mail: baruchcohen@baruchcohenesq.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: *Defendant Guy Griffithe* | **FILED & ENTERED**<br><br>FEB 18 2020<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY deramus  DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION**

| In re:<br><br>GUY GRIFFITHE,<br><br>          Debtor<br>_____<br><br>GREGORY WICK,<br><br>          Plaintiff<br>vs.<br><br>GUY GRIFFITHE<br><br>          Defendant | CASE NO.: 8:19-bk-12480-TA<br>CHAPTER: 8:19-ap-01202-TA<br>ADV. PROC. NO.: 8:19-ap-01202-TA |
|---|---|
| | **ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>          **[LBR 9075-1(b)]** |
| **Movant** (*name*): BARUCH C. COHEN | |

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT GUY GRIFFITHE**

   b. *Date of filing of motion:* **2-13-2020**

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: **2-13-2020**

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*          Page 1          **F 9075-1.1.ORDER.SHORT.NOTICE**

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

   (1) ☒ A hearing on the motion will take place as follows:

   | **Hearing date:** February 27, 2020 | **Place:** |
   |---|---|
   | **Time:** 11:00 a.m. | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
   | | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
   | **Courtroom:** 5B | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
   | | ☒ 411 West Fourth Street, Santa Ana, CA 92701 |
   | | ☐ 1415 State Street, Santa Barbara, CA 93101 |

   (2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

   | (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
   |---|---|
   | Date: Feb. 18, 2020 | *Guy Griffithe as well as plaintiff and any known counsel in adversary proceeding* |
   | Time: 5:00 | |
   | | ☐ See attached page |
   | | (C) *Telephonic notice is also required upon* the United States trustee |

   (3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:  ☒ one of the methods checked   ☐ all of the methods checked

   (A) ☒ Personal Delivery   ☒ Overnight Mail   ☐ First class mail   ☒ Facsimile*   ☒ Email*

   | (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
   |---|---|
   | Date: same as above | *Same as above* |
   | Time: | |
   | | ☐ See attached page |
   | | (D) S*ervice is also required upon*: |
   | | -- United States trustee *(electronic service is not permitted)* |
   | | -- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

   (4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:  ☒ one of the methods checked   ☐ all of the methods checked

   (A) ☒ Personal Delivery   ☒ Overnight Mail   ☐ First Class Mail   ☒ Facsimile*   ☒ Email*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*              Page 2              **F 9075-1.1.ORDER.SHORT.NOTICE**

|  |  |
|---|---|
| (B) *Deadlines:*<br>Date: same as above<br>Time: | (C) *Persons/entities to be served with motion, declarations, supporting documents:*<br><br>Same as above<br><br>☐ See attached page<br><br>(D) *Service is also required upon*:<br>-- United States trustee *(no electronic service permitted)*<br>-- Judge's copy personally delivered to chambers<br>   (*see Court Manual for address*) |

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:  ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

|  |  |
|---|---|
| (B) *Deadlines:*<br>Date:<br><br>Time: | (C) *Persons/entities to be served with written opposition to the motion:*<br>-- movant's attorney (or movant, if movant is not represented by an attorney)<br><br><br>(D) *Service is also required upon*:<br>-- United States trustee (*electronic service is not permitted*)<br>-- Judge's copy personally delivered to chambers<br>   (*see Court Manual for address*) |

(6) ☐ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:  ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

|  |  |
|---|---|
| (B) *Deadlines:*<br>Date:<br><br>Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br><br>(D) *Service is also required upon*:<br>-- United States trustee (*electronic service is not permitted*)<br>-- Judge's Copy personally delivered to chambers<br>   (*see Court Manual for address*) |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 3                                    **F 9075-1.1.ORDER.SHORT.NOTICE**

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

| ☒ at least 2 days before the hearing. |
| ☐ no later than:    Date:    Time: |

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: February 18, 2020

_Theodor C. Albert_
Theodor C. Albert
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                            Page 4                            **F 9075-1.1.ORDER.SHORT.NOTICE**