Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
    A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501       Fax (888) 316-6107
e-mail: baruchcohen@baruchcohenesq.com

*Attorney for Defendant Guy Griffithe*



FILED & ENTERED

MAR 04 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber  DEPUTY CLERK

CHANGES MADE BY COURT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>GUY GRIFFITHE,<br><br>    Debtor.<br> | Case No. 8:19-bk-12480-TA<br><br>Adv. 8:19-ap-01202-TA<br><br>Before the Honorable Theodor C. Albert |
| GREGORY WICK,<br><br>    Plaintiff<br><br>vs.<br><br>GUY GRIFFITHE<br><br>    Defendant | Chapter 7<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT GUY GRIFFITHE**<br><br>*Hearing Held:*<br>Date: 2-27-2020<br>Time: 11:00am<br>Courtroom: 5B<br>Place: 411 West Fourth Street, Santa Ana CA |

The hearing on the *Motion to Withdraw as Counsel of Record for Defendant Guy Griffithe* brought by attorney Baruch C. Cohen (hereinafter referred to as "Cohen"), was held at the above-captioned date time and place. Appearing on CourtCall was Baruch C. Cohen for Defendant Guy Griffithe, and Defendant Guy Griffithe who appeared in Court. For good cause, this Court orders as follows:

The Motion to Withdraw as Counsel of Record for Defendant Guy Griffithe is hereby **GRANTED.**

1. The withdrawal shall be effective within 30 days of the entry of this Order or when Griffithe has retained new counsel, whichever is sooner.

2. Griffithe ~~shall~~ *may* file ~~immediately~~, *in pro per*, ***either*** a Motion to Continue the Briefing Schedule on the Motion to Dismiss re Cannabis ***or a stipulation with the various parties requesting a continuance of the Motions to Dismiss for about 30 days.*** ~~for 30 days out~~.

**IT IS HEREBY ORDERED.**

###

Date: March 4, 2020

_____
Theodor C. Albert
United States Bankruptcy Judge

2